PAID
$ 358.00

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2025 MAY -7 P 3: 05

JE... ...AUGHTON

BY: _____ CLERK

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **NJ** _____
_____ (State)

Case number (if known): __25-14921__    Chapter __7__

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

---

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☑ Chapter 7
☐ Chapter 11

---

### Part 2: Identify the Debtor

**2. Debtor's name**

EQUITY TRUST COMPANY

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

EIN __ __ – __ __ __ __ __ __ __

**5. Debtor's address**

**Principal place of business**

111 NORTH SECOND ST
Number    Street

PLEASANTVILLE    NJ    08232
City    State    ZIP Code

ATLANTIC
County

**Mailing address, if different**

_____
Number    Street

P.O. Box

_____
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City    State    ZIP Code

---

Debtor   **EQUITY TRUST COMPANY**          Case number (if known)_____
         Name

---

**6. Debtor's website (URL)**   _____

---

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the types of business listed.

☑ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No

☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
                                        MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
                                        MM / DD / YYYY

---

**Part 3:    Report About the Case**

---

**10. Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor   **EQUITY TRUST COMPANY**                              Case number (if known)_____
         Name

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | MAYER GINDI | LOSS OF RENTS | $ 22,789.00 |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ 22,789.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:   Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| MAYER GINDI | |
| Name | Printed name |
| 111 NORTH SECOND ST | |
| Number   Street | Firm name, if any |
| PLEASANTVILLE       NJ      08237 | |
| City        State     ZIP Code | Number    Street |
| | City             State        ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone _____  Email _____ |
| Name | Bar number _____ |
| Number   Street | State _____ |
| City        State     ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on _5/6/25_ | **✗** _____ |
| MM / DD / YYYY | Signature of attorney |
| **✗** _____ | |
| Signature of petitioner or representative, including representative's title | Date signed _____  MM / DD / YYYY |

**Extremely Urgent**



2830
ZB7…13C18 10:7
01166
427 -- MFR
1:427
E:GREEN S:LEFT
US DISTRICT COURT
402 E STATE ST
STE 430
TRENTON NJ 08608

### Domestic Shipments
- To qualify for the letter rate, UPS Express® correspondence, urgent documents, and 8 oz or less. UPS Express envelopes containing or weighing more than 8oz will be billed…

### International Shipments
- The UPS Express envelope may be used…
- Certain countries consider electron…

**Apply ship…**

**Window I…**
Use this envelope w…
or inkjet printer on…

**Scan QR code to schedule a pickup**

**Visit UPS.co…**



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
R&D K0425

MHX30P99NZH88 ISH 13.00C 22P 45B 15.6U 04/2025

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT



TRACKING #: 1Z B79 33G 13 1077 6666

**UPS NEXT DAY AIR SAVER**    1P

NJ 086 0-04

TRENTON NJ 08608-1507

SHIP US BANKRUPTCY COURT
TO: 402 E STATE ST

JACKSON NJ 08527-2354
2275 W COUNTY LINE RD RT 526 STE 15
THE UPS STORE #7688
(848) 228-3231
MAYER GINDI

SHP WT: 1 LBS
DWT: 15.12,1
DATE: 06 MAY 2025

1 OF 1

1 LBS

This envelope is for use with the following services:
for:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedite…
UPS Ground
UPS Standard
UPS 3 Day Select®

…hereunder may be subject to the rules relating to liability and other terms and/or conditions established
Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on

Serving you for more than 110 years
United Parcel Service.®

For information about UPS's privacy practices or to opt out from the s…
personal information, please see the UPS Privacy Notice at www.up…



