UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*LARRY AND RAZY KATZ AND MARTIN AND TZIPO WESEL*

| | |
|---|---|
| In Re: | **Case No.: 25-14921/ABA** |
| EQUITY TRUST CO | **Chapter: 7 (Involuntary)** |
| | **Judge: Andrew B. Altenburg, Jr.** |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of *LARRY AND RAZY KATZ AND MARTIN AND TZIPO WESEL*.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Gary C. Zeitz, Esquire
**GARY C. ZEITZ, L.L.C.**
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222 ext. 304
(856) 857-1234 Fax
gzeitz@zeitzlawfirm.com
zeitzlawfirm.com

DOCUMENTS:

■ All notices entered pursuant to Fed. R. Bankr. P. 2002.

■ All notices and pleadings of any nature.

Date: 5/19/25

/s/GARY C. ZEITZ
GARY C. ZEITZ, ESQUIRE
*Attorneys for Creditor;*
*LARRY AND RAZY KATZ AND MARTIN AND*
*TZIPO WESEL*