UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*LARRY AND RAZY KATZ AND MARTIN AND TZIPO*

| In Re: | Case No.: 25-14921/ABA |
|---|---|
| EQUITY TRUST CO | Chapter: 7 (Involuntary) |
| | Hearing Date: June 10, 2025 |
| | Judge: Andrew B. Altenburg, Jr. |

## CERTIFICATION OF SERVICE

1.    I, Brooke Rittner:

☐    represent the _____ in the above-captioned matter.

■    am the secretary/paralegal for Gary C. Zeitz, who represents the Creditor in the above captioned matter.

☐    am the _____ in the above case and am representing myself.

2.    On _Mary 19, 2025_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Notice of Appearance and Certification of Service

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 5/19/25                         /s/ Brooke Rittner
                                        Brooke Rittner

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mayer Gindi, Esquire<br>111 North Second St<br>Pleasantville, NJ 08234 | Debtor's Counsel | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Equity Trust Co<br>111 North Second St<br>Pleasantville, NJ 08232 | Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| United States Trustee<br>US Dept of Justice<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |