**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*LARRY AND RAZY KATZ AND MARTIN AND TZIPORA WESEL*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | CHAPTER 7 (Involuntary) |
| EQUITY TRUST CO | Case No. 25-14921/ABA |
| Debtor(s) | HEARING DATE: June 10, 2025 at 10:00am |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
ON BEHALF OF SECURED CREDITOR**

The above named secured creditor, has filed papers with the Court to obtain relief from the automatic stay, for waiver of the 14 day stay pursuant to D.N.J. LBR 9013-1(b), to dismiss the within bankruptcy case and for other relief.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your lawyer, if you have one on this case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to enter an order for relief from the automatic stay, or if you want the court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing, you or your lawyer must file with the Court a written response or answer explaining your position, and mail a copy to:

GARY C. ZEITZ, L.L.C.
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive if by the date stated above.

**HEARING SCHEDULED TO BE HELD BEFORE:**

Honorable: Andrew B. Altenburg, Jr., U.S.B.J.
Date: June 10, 2025 at 10:00 a.m.
Place: 401 Market Street, 2nd Floor, Camden, NJ 08101

Pursuant to D.N.J. LBR 9013-1(d) et. seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion. A copy of the proposed Order which is sought is enclosed with the Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief from the automatic stay.

Statement of Non-Necessity of Brief: The movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

                              **GARY C. ZEITZ, L.L.C.**

Dated: May 19, 2025                By:/s/ GARY C. ZEITZ
                                            GARY C. ZEITZ, ESQUIRE
                                            *Attorneys for Larry and Razy Katz and Martin and Tzipoa Wesel*