**EXHIBIT A**

<u>MORTGAGE NOTE</u>

Sep 15th 2021

$100,000
FOR VALUE RECEIVED,
EQUITY TRUST COMPANY CUSTODIAN FBO SARA GINDI IRA with offices at 1 EQUITY WAY, WESTLAKE OH 44145
(BORROWER)
PROMISES TO PAY TO:
LARRY AND RAZY KATZ with offices at 954 45th St, Brooklyn NY 11219
And
MARTIN AND TZIPORA WESEL with offices at 1833 50th St, Brooklyn NY 11204
(LENDER)

the principal sum of ONE HUNDRED THOUSAND DOLLARS ($100,000) with interest thereon to be computed from the date hereof, at the rate of TWELVE (12%) per centum per annum, payable in interest-only payments beginning Oct 15th 2021 and continuing for a period of TWELVE MONTHS, UNTIL Sep 15th 2022 when the unpaid balance of ONE HUNDRED THOUSAND DOLLARS ($100,000) and interest, if any, shall become due and payable. Each payment when received shall be applied to the payment of interest.

**DEFAULT RATE:**
The default rate under this Note shall be calculated at 24% per annum for any portion of interest and/or principal that Mortgagor is in default. This provision shall in no way impair or restrict the enforceability of any other remedy the Mortgagee(s) may have under the Mortgage securing this Note.

**PREPAYMENT:**
Prepayment of this mortgage may be made at any time without penalty.

**IT IS HEREBY EXPRESSLY AGREED,** that the said principal sum secured by this note shall become due at the option of the holder thereof on the happening of any default or event by which, under the terms of the mortgage securing this note, said principal sum may or shall become due and payable; also that all of the covenants, conditioned and agreements contained in said mortgage are hereby made part of this instrument. Presentment for payment, notice of dishonor, protest and notice are hereby waived.

This note is secured by a mortgage made by the maker to the payee of even date herewith, on properties situated in **THE TOWNSHIP OF PLEASANTVILLE NJ, COUNTY OF ATLANTIC, STATE OF NEW JERSEY,**

SAID PREMISES BEING KNOWN AS:
111 N 2nd St, PLEASANTVILLE NJ 08401
Tax Lot 17, Tax Block 120

This is a non-recourse loan.

This note may not be changed or terminated orally.

_____    _____
EQUITY TRUST COMPANY CUSTODIAN FBO SARA GINDI IRA,
al pi heter iska, By SARA GINDI

STATE OF NEW JERSEY ) ss:
COUNTY OF ~~OCEAN~~ Monmouth )

On the **15th day of Sep in the year 2021** before me, the undersigned, a notary public in and for said state, personally appeared **SARA GINDI**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

```
YOSEF RIBIAT
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 1, 2026
```