# EXHIBIT D

## PERSONAL GUARANTY FOR THE REPAYMENT OF A MORTGAGE

**WHEREAS:**

**Equity Trust Company Custodian FBO Sara Gindi IRA** with offices at **1 EQUITY WAY, WESTLAKE OH 44145** (the Borrower)

has executed this **15th day of Sep 2021** in favor of

**LARRY AND RAZY KATZ, LLC** with offices at **954 45th St, Brooklyn NY 11219** (the Lender)
**And**
**MARTIN AND TZIPORA WESEL** whose address is: **1833 50th St, Brooklyn NY 11204**

**a mortgage loan in the sum of $100,000.00**, to be secured by a Mortgage made by the Borrower to the Lender, in the said sum of **$100,000.00** bearing even date herewith and intended to be recorded in the Register's Office of **Ocean County** and covering premises situated at
**111 N 2nd St, PLEASANTVILLE NJ**

And described and recorded as tax lot **Block 120 Lot 17**

more particularly described in said mortgage AND

**WHEREAS,** the Lender has approved the making of said mortgage loan provided that, among other things, the said mortgage indebtedness is a) acknowledged by the undersigned on the Mortgage Note and b) is guaranteed by the undersigned (whether one or more, hereinafter called the "Guarantor").

NOW, THEREFORE, in order to induce the Lender to make said mortgage and in consideration of one dollar ($1.00) and other good and valuable consideration, paid by the lender receipt whereof is hereby acknowledged, the undersigned Guarantor hereby agrees and covenants with Lender as follows:

1. The Guarantor hereby guarantees to the Lender, its nominees, successors and assigns that the Borrower shall fully and punctually pay said mortgage indebtedness in accordance with the covenants, agreements, terms and conditions of said mortgage, and accompanying note or other obligation which it secures, or of any modification, extension or renewal thereof.

2. Any default in the performance or observance of the covenants, agreements, terms and conditions of the instruments evidencing the mortgage indebtedness as aforesaid or any modification, extension or renewal thereof, shall be considered as a default hereunder and all of the covenants, agreements, terms and conditions contained in all of said instruments are hereby made a part of this guaranty with the same force and effect as if herein set forth at length.

3. The obligation of this guaranty shall continue until said mortgage indebtedness shall be fully paid, notwithstanding any waiver by the Lender of any agreement, condition or covenant contained in said note or in the mortgage accompanying same or of any other instrument relating thereto and/or any proceeding to foreclose said mortgage and/or settlement and/or discontinuance of such action and regardless of whether the due date of said indebtedness shall have been extended, or the terms thereof modified by such settlement and/or discontinuance.

4. This obligation shall be construed as an absolute and unconditional guaranty of payment, without regards to validity, regularity or enforceability of the obligations of the Borrower, and that the Lender shall have its

remedy under this guaranty without being obligated to resort first to any property or security of said Borrower or anyone else, or to any other remedy or remedies to enforce the payment or collection of said mortgage indebtedness hereby guaranteed any further secured, and that it may pursue all or any of the remedies at one time or at different times.

5. The Guarantor hereby waives notice of any modification, extension or renewal, the presentment for payment, notice of dishonor, protest and notice of protest with respect to said mortgage indebtedness hereby guaranteed and further secured and consents that said mortgage indebtedness, together with the accompanying securities may be assigned or transferred by the Lender in which event the Guarantor will nevertheless remain bound to the full extent hereof.

6. In the event that the Borrower is now or shall hereafter become indebted to the Guarantor, the amount of such indebtedness shall at all times be subordinate as to lien, time of payment and in all other respects to the amounts owing to the Lender under said mortgage and the note or other obligation secured thereby and the Guarantor shall not be entitled to enforce or receive payment thereof until all sums owing to the Lender have been paid. Nothing herein contained is intended or shall be construed to give the Guarantor any right of subrogation in or under said mortgage or note or other obligation secured thereby, or any right to participate in any way therein, or in the right, title and interest in the premises secured by said mortgage, notwithstanding any payments made by the Guarantor under this guaranty, and any and all rights of subrogation and participation being hereby expressly waived and released.

7. This instrument shall be governed by and construed in accordance with the laws of the State of New York.

8. If this guaranty is placed in the hands of any attorney at law for collection, the Guarantor hereby agrees to pay all costs of collection including reasonable attorney's fees for the services of such attorney, whether or not suit is brought.

9. This guaranty may not be changed or terminated orally and the same shall bind the Guarantor, his heirs, executors, administrators and assigns, as aforesaid and shall ensure to the benefit of the Lender, its nominees, successors and assigns.

10. If this guaranty is signed by more than one person, the singular shall include the plural and all the obligations herein contained shall be the joint and several obligations of each signer hereof.

IN WITNESS WHEREOF, this guaranty has been duly executed by the Guarantor this **15th day of Sep 2021.**

_____
**MAYER GINDI, GUARANTOR**

STATE OF NEW JERSEY) ss:
COUNTY OF OCEAN )

On the **15th day of Sep** in the year **2021** before me, the undersigned, a notary public in and for said state, personally appeared **Mayer Gindi,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.