# EXHIBIT E

**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE - ID#036311994
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Plaintiff*

| | |
|---|---|
| LARRY KATZ; RAZY KATZ; MARTIN WESEL AND TZIPORA WESEL<br><br>Plaintiff,<br><br>vs.<br><br>EQUITY TRUST COMPANY CUSTODIAN FBO SARA GINDI, IRA; MAYER GINDI and 341 CONNECTICUT LLC<br><br>Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>ATLANTIC COUNTY<br><br>Civil Action<br><br>Docket No: F-5489-24<br><br>**FINAL JUDGMENT IN FORECLOSURE** |

Upon application to the Court by Gary C. Zeitz, L.L.C., attorney for Plaintiff, and it appearing that the Summons and Complaint in Foreclosure (the "Foreclosure Complaint") were duly issued and served upon the following defendants in accordance with the Rules of this Court, and that said defendants have failed to file an Answer to said Foreclosure Complaint, and that said defendants' defaults have been entered by the Clerk of this Court:

EQUITY TRUST COMPANY CUSTODIAN FBO SARA GINDI, IRA; MAYER GINDI and 341 CONNECTICUT LLC

And it appearing that Plaintiff's Notes and Mortgages have been presented and marked as Exhibits by the Court; and that proofs have been submitted of the amount due on Plaintiff's Notes and Mortgages; and that there is presently due and owing to the Plaintiff under the Note and Mortgage more particularly described in Count One of the Foreclosure Complaint the aggregate sum of **$96,924.75** as of November 30, 2024; and lawful interest thereafter on all sums due, together with costs to be taxed, including lawful counsel fees;

IT IS on this December 24, 2024, ORDERED AND ADJUDGED that the Plaintiff is entitled to have the sum of **$96,924.75** as of November 30, 2024, together with interest at the contract rate of **16.00%**, on $86,746.27 from November 30, 2024, through the date of this judgment December 24, 2024 and, lawful interest computed thereafter on the total sum due Plaintiff until the same be paid and satisfied, together with costs of this suit to be taxed, including attorneys' fees in the sum of $1,119.24, all to be raised and paid in the first place out of the mortgaged premises;

ORDERED AND ADJUDGED that the Plaintiff, its successors and/or assigns or any purchaser at the foreclosure sale duly recover against defendant **Equity Trust Company Custodian FBO Sara Gindi, IRA; MAYER GINDI; 341 CONNECUIT LLC**, and all parties holding by, through or claiming under said defendant, possession of the premises mentioned and described in the said Foreclosure Complaint with the appurtenances thereon and that a Writ of Possession issue thereon; and it is further

ORDERED AND ADJUDGED that the said mortgaged premises be sold to raise and satisfy the several sums due, in the first place, to the Plaintiff, LARRY KATZ; RAZY KATZ; MARTIN WESEL AND TZIPORA WESEL, the sum of **$96,924.75** as of for the Note and Mortgage more particularly described in Count One of the Foreclosure Complaint, together with contract interest and lawful interest thereafter to be computed as aforesaid, with the Plaintiff's costs to be taxed, with lawful interest thereon, and that, for that purpose, an execution duly issue out of this Court, directed to the Sheriff of **Atlantic**, commanding him/her to make sale,

according to law, of the said mortgaged premises and out of the monies arising from the sale, that said Sheriff pay in the first place to the Plaintiff, **LARRY KATZ; RAZY KATZ; MARTIN WESEL AND TZIPORA WESEL**, said Plaintiff's debts, with interest thereon as aforesaid and said Plaintiff's costs of suit with interest thereon as aforesaid; and in case more money shall be realized by such sale than shall be necessary to satisfy such several payments as aforesaid, that such surplus shall be brought into this Court and deposited with the Clerk to abide the further order of this Court and that the Sheriff aforesaid make a report of the aforesaid sale without delay as required by the Rules of this Court; and it is further

ORDERED AND ADJUDGED that this judgment shall not affect the rights of any person protected by the New Jersey Tenant Anti-Eviction Act (N.J.S.A. 2A:18-61.1 et seq); and it is further

ORDERED AND ADJUDGED that the defendants in this cause, and each of them, stand absolutely debarred and foreclosed of and from all equity of redemption of, in and to said mortgaged premises described in the Foreclosure Complaint, when sold as aforesaid, by virtue of this judgment, except as provided by 28 U.S.C. Section 2410.

*/s/ M. Susan Sheppard*
M. SUSAN SHEPPARD, P.J.Ch.

Respectfully Recommended
R. 1:34-6 Office of Foreclosure

Case 25-14921-ABA    Doc 4-6    Filed 05/19/25    Entered 05/19/25 17:07:36    Desc
Exhibit E    Page 5 of 8

SWG-F-005489-24 12/24/2024 5:19:54 PM Pg 1 of 4 Trans ID: CHC2024390546
Recorded in the Office of the Superior Court Clerk    Writ #24007279

**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE - ID#036311994
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Plaintiff*

| | |
|---|---|
| LARRY KATZ; RAZY KATZ; MARTIN WESEL AND TZIPORA WESEL<br><br>Plaintiff,<br><br>vs.<br><br>EQUITY TRUST COMPANY CUSTODIAN FBO SARA GINDI, IRA; MAYER GINDI and 341 CONNECTICUT LLC<br><br>Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>ATLANTIC COUNTY<br><br>Civil Action<br><br>Docket No: F-5489-24<br><br>**WRIT OF EXECUTION** |

THE STATE OF NEW JERSEY TO THE SHERIFF OF THE COUNTY OF ATLANTIC

GREETINGS:

WHEREAS, on December 24, 2024, by a certain judgment made in our Superior Court of New Jersey, in a certain cause therein pending wherein LARRY AND RAZY KATZ AND MARTIN AND TZIPORA WESEL is Plaintiff, and EQUITY TRUST COMPANY CUSTODIAN FBO SARA GINDI, IRA; MAYER GINDI and 341 CONNECTICUT is/are the Defendant(s), it was ordered and adjudged that certain mortgaged premises with the appurtenances particularly set forth and described in the Complaint in Foreclosure, that is to say: All that certain tract or parcel of land and premises, situate, lying and being in the Pleasantville, County of Atlantic and State of New Jersey, commonly known as 111 N Second St, Pleasantville, New Jersey, and also known as Block 120, Lot 17, as set forth on Exhibit A annexed hereto and made a part hereof;

TOGETHER WITH ALL and singular rights, liberties, privileges, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the reversion and remainders, rents, issues, and profits thereof, and also all the estate, right, title, interest, use, property, claim

and demand of the said defendants of, in to and out of the same, be sold to pay and satisfy in the first place unto the Plaintiff the total sum of $96,924.75 as of November 30, 2024, secured by a certain mortgage given by defendant Equity Trust Company Custodian FBO Sara Gindi, IRA, bearing the date of September 15, 2021, together with interest at the contract rate of 16% on $86,746.27 from November 30, 2024 until the date of Final Judgment, December 24, 2024 together with lawful interest thereafter on the total sum due Plaintiff until the same be paid and satisfied and also the costs of the Plaintiff;

AND that, for that purpose, a writ of execution should issue, directed to the Sheriff of the County of Atlantic commanding him/her to make sale as aforesaid, and that the surplus money arising from such sale, if any there be, should be brought into said Court and deposited with the Clerk, subject to the further order of the said Court as by the said judgment remaining as of record in our said Superior Court of New Jersey, at Trenton, doth and may more fully appear; and

WHEREAS, the costs of the said Plaintiff have been duly taxed in the amount of $1,854.24

THEREFORE, you are hereby commanded that you cause a sale to be made of the premises, by selling so much of the same as may be needful and necessary for the purpose, to raise for the Plaintiff the said sum of $96,924.75 as of November 30, 2024 for the Note and Mortgage more particularly described in Count One of the Foreclosure Complaint, except as to late charges and interest on advances which will await surplus money proceedings, if any, together with contract interest and lawful interest thereafter to be computed as aforesaid, and the Plaintiff's costs to be taxed with lawful interest thereon as aforesaid, and that you pay said amounts to the Plaintiff; and that you have the surplus money, if any there be, before the said Superior Court of New Jersey aforesaid at Trenton, within thirty (30) days after the sale, to abide the further order of the said Court, according to the judgment aforesaid; and you are to make return at the time and place aforesaid, by certificate under your hand, of the manner in which you have executed this our writ, together with this writ. If there is no sale, the writ shall be returnable within twenty-four months

Case 25-14921-ABA    Doc 4-6    Filed 05/19/25    Entered 05/19/25 17:07:36    Desc
Exhibit E    Page 7 of 8

SWC-F-005489-24  12/24/2024  Pg 3 of 4  Trans ID: CHC20243390354
Recorded in the Office of the Superior Court Clerk  Pg 3 of 4  Writ #24007279

in accordance with Rule 4:59-1.

WITNESS, the Honorable **M. Susan Sheppard**, P.J.Ch., Superior Court of New Jersey at **Atlantic City** aforesaid this **December 24, 2024**

*/s/ Michelle M. Smith, Esq.*
MICHELLE M. SMITH, ESQ.
CLERK OF THE SUPERIOR COURT

SIGNED AND SEALED IN THE SUPERIOR COURT OF NEW JERSEY


**GARY C. ZEITZ, L.L.C.**


*/s/ Gary C. Zeitz*
GARY C. ZEITZ, ESQUIRE
*Attorneys for Plaintiff*

Case 25-14921-ABA    Doc 4-6    Filed 05/19/25    Entered 05/19/25 17:07:36    Desc
Exhibit E    Page 8 of 8

SWC-F-005489-24   12/24/2024   Pg 4 of 4   Trans ID: CHC2024390354
Recorded in the Office of the Superior Court Clerk   Pg 4 of 4   Writ #24007279
SWC-F-005489-24   10/10/2024 3:56:35 PM   Pg 9 of 10   Trans ID: CHC2024312488

## AmTrust Title Insurance Company
### SCHEDULE C
### Legal Description
### File Number: NXG-NJ-1090

ALL that (those) certain lot(s), tract(s) or parcel(s) of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Pleasantville, County of Atlantic, and State of New Jersey and is bounded and described as follows:

BEING known and designated as Lot 17 in Block 120 as set forth on the current tax map of the City of Pleasantville.

SUBJECT TO THE RECEIPT AND REVIEW OF A CURRENT, ACCEPTABLE SURVEY.

FOR INFORMATIONAL PURPOSES ONLY: BEING known as Tax Lot 17, in Tax Block 120, on the Official Tax Map of the City of Pleasantville.

FOR INFORMATIONAL PURPOSES ONLY: The mailing address is: 111 North Second Street, Pleasantville, New Jersey 08232.

*signature by the Company or its issuing agent that may be in electronic form].*

Page 7

INSTRUMENT # 2021066102 E-RECORD PAGE 12 OF 12

Exhibit "A"