UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*LARRY AND RAZY KATZ AND MARTIN AND TZIPO WESEL*

In Re:

EQUITY TRUST CO

Case No.: 25-14921/ABA

Chapter 7 (Involuntary)

Hearing Date: June 10, 2025 at 10:00am

Judge: Andrew B. Altenburg, Jr.

## ORDER VACATING AUTOMATIC STAY AND FOR OTHER RELIEF

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

Upon the motion of Larry and Razy Katz and Martin and Tzipora Wesel, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for good cause shown.

**IT IS ORDERED** as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **111 N Second St, Pleasantville, New Jersey, Block 120, Lot 17 (the "Property").**

2. The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. Movant is authorized to collect all rents with respect to the Property directly from the occupants/tenants. The Debtor is henceforth directed to cease collecting any rents from the occupants/tenants.

4. The Debtor shall immediately provide proof of liability insurance with respect to the Property.

5. The within bankruptcy case is dismissed.

6. The 14 day stay of this Order is hereby waived pursuant to D.N.J. LBR 9013-1(b).