UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*LARRY AND RAZY KATZ AND MARTIN AND TZIPO*

In Re:

EQUITY TRUST CO

Case No.: 25-14921/ABA

Chapter 7 (Involuntary)

Hearing Date: June 10, 2025 at 10:00am

Judge: Andrew B. Altenburg, Jr.

## CERTIFICATION OF SERVICE

1. I, Brooke Rittner:

   ☐ represent the _____ in the above-captioned matter.

   ■ am the secretary/paralegal for Gary C. Zeitz, Esquire, who represents the Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Motion for relief from stay and all attendant documents

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 19, 2025

/s/ Brooke Rittner
Brooke Rittner

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mayer Gindi<br>111 North Second St<br>Pleasantville, NJ 08234 | Petitioning Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Equity Trust Co<br>111 North Second St<br>Pleasantville, NJ 08232 | Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| United States Trustee<br>US Dept of Justice<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Mayer Gindi<br>23 Regal Court<br>Lakewood, NJ 08701 | | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |