PELLEGRINO & FELDSTEIN, LLC
290 ROUTE 46 WEST
DENVILLE, NJ  07834
(973) 586-2300
Deborah T. Feldstein - I.D. NO. 030521994
ATTORNEYS FOR MOVANT: FIG Cust FIG NJ19 LLC & SEC PTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| IN RE:<br>EQUITY TRUST CO | CASE NO. 25-14921-ABA<br><br>CHAPTER 7<br><br>HEARING DATE: June 24, 2025<br>ORAL ARGUMENT WAIVED |
|---|---|

NOTICE OF MOTION
FOR RELIEF FROM AUTOMATIC STAY

Equity Trust CO.
111 North Second Street
Pleasantville, NJ 08232

U.S. Trustee
US Dept. of Justice
Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Mayer Gindi
111 North Second Street
Pleasantville, NJ 08232

FIG Cust FIG NJ19 LLC & SEC PTY has filed papers with the Court for relief from the Automatic Stay and allowing the tax sale certificate holder to continue its foreclosure action.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have and attorney, you may wish to consult one.)**

If you do not want the Court to grant relief from the Automatic Stay and allow the tax sale certificate holder to continue its foreclosure action or you want the Court to consider your views on the motion, then on or before June 17, 2025,

1. you or your attorney must file a written answer, explaining your position at:

BANKRUPTCY COURT CLERK
401 Market Street
Camden, NJ 08101

2. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

3. You must also mail a copy to:

> Deborah Feldstein, ESQ.
> PELLEGRINO & FELDSTEIN, LLC
> 290 ROUTE 46 WEST
> DENVILLE, NEW JERSEY 07834

4. You must also attend the hearing scheduled for June 24, 2025 at 10:00 A.M. in the courtroom of JUDGE Andrew B. Altenburg, 400 Cooper Street, 4th Floor, Camden, NJ 08101,

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

                              **PELLEGRINO & FELDSTEIN, LLC**

DATED: May 27, 2025

                      BY    /s/ Deborah T. Feldstein
                                Deborah T. Feldstein
                                Attorney for Movant
                                FIG Cust FIG NJ19 LLC & Sec PTY