PELLEGRINO & FELDSTEIN, L.L.C.
290 ROUTE 46 WEST
DENVILLE, NJ  07834
(973) 586-2300
Deborah T. Feldstein - I.D. NO. 030521994
ATTORNEYS FOR MOVANT: FIG Cust FIG NJ19 LLC & SEC PTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
Equity Trust Co.

CASE NO. 25-14921-ABA
CHAPTER 7

HEARING DATE: June 24, 2025

CERTIFICATION

Deborah Feldstein certifies to the following:

1. I am an attorney at law of the State of New Jersey and counsel to the Movant.

2. I am familiar with the contents of the Movant's file, and am authorized to make this certification on behalf of the Movant.

3. Movant purchased a tax sale certificate encumbering the real property located at 306 W. Washington Avenue, Pleasantville on December 18, 2020. (Copy attached hereto as Exhibit "A").

4. Movant filed a tax lien foreclosure on June 27, 2023 which named Equity Trust Co fbo Sara Gindi IRA. (Copy Attached hereto as Exhibit "B")

5. Pursuant to the recent changes to the tax sale law plaintiff's complaint contained language advising the owner that they had the right to raise the affirmative defense of surplus equity and request a sheriff sale.

6. On December 2, 2024, we were contacted by the petitioning creditor advising that the owner wished to request a sheriff sale in the pending foreclosure.

7. A judgment was entered in favor of the movant on March 28, 2025. (Exhibit "C")

8. There was a pending sheriff sale scheduled for 6/19/2025.

9. Petitioning Creditor, Mayer Gindi filed an Involuntary Chapter 7 bankruptcy petition on May 7, 2025.

10.   Movant submits that as a judgment has already been entered in its favor divesting the debtor of the subject premises that it be permitted to proceed with a sheriff sale in connection with its foreclosure.

11.   Movant submits that as debtor has no interest in the subject property this constitutes cause for relief from the automatic stay of 11 U.S.C. § 362.

I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

PELLEGRINO & FELDSTEIN, LLC

May 27, 2025           BY:      /s/ Deborah T. Feldstein
                                DEBORAH T. FELDSTEIN