```
INST # 2021011874
RECORDED 02/26/2021 VOL 14954
RCPT # 1587419 RECD BY AA (3 PGS)
EDWARD P. McGETTIGAN, COUNTY CLERK
ATLANTIC COUNTY, NJ
```

## Atlantic County Document Summary Sheet

**ATLANTIC COUNTY CLERK**
5901 MAIN ST
MAYS LANDING, NJ 08330

**Return Name and Address**
FIG Capital Investments
1000 Riverside Ave Suite 400, Jacksonville, Florida 32204

*Official Use Only*

| Field | Value |
|---|---|
| Submitting Company | FIG NJ19, LLC |
| Document Date (mm/dd/yyyy) | 12/18/2020 |
| Document Type | Tax Sale Certificate |
| No. of Pages of the Original Signed Document (Including the cover sheet) | 3 |
| Consideration Amount (if applicable) | |

**First Party** (Grantor or Mortgagor or Assignor) (Enter up to five names)
Name(s): ~~Butler Odellrio R (est)~~ EQUITY TRUST CO & SARA GINDI IRA

**Second Party** (Grantee or Mortgagee or Assignee) (Enter up to five names)
Name(s): FIG CUST FIG NJ19, LLC & SEC PTY

**Parcel Information** (Enter up to three entries)

| Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|
| Pleasantville City | 99 | 2 | C0002 | 306 W Washington Ave |

**Reference Information** (Enter up to three entries)

| Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | | | | |

*DO NOT REMOVE THIS PAGE*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

FIGID 1150519

# CERTIFICATE OF SALE
## FOR UNPAID MUNICIPAL LIENS

**CERTIFICATE No. 20-00132**

I, FLOR M ROMAN, COLLECTOR OF TAXES of the taxing district of the CITY of PLEASANTVILLE in the COUNTY of ATLANTIC and State of New Jersey, do hereby certify that on the 18th day of December, 2020 at a public sale of lands for delinquent municipal liens, pursuant to the Revised Statues of New Jersey, 1937, Title 54, Chapter 5, and the amendments and supplements thereto I sold to FIG CUST FIGNJ19LLC & SEC PTY whose address is FIG NJ19, LLC

PO BOX 54226, NEW ORLEANS, LA 70154

for One Thousand Seven Hundred Seventy Five dollars and Sixty Five cents, the land in said taxing district described as Block No. 99  Lot No. 2  -C0002- - , and known as 306 W WASHINGTON AVE (R) , on the tax duplicate thereof and assessed thereon to EQUITY TRUST CO & SARA GINDI IRA

### THE AMOUNT OF THE SALE WAS MADE UP OF THE FOLLOWING ITEMS:

| Taxes For: 2020 | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
|  | 1,495.46 | 68.38 | 1,563.84 |
| Sewer | 125.00 | 2.97 | 127.97 |
| Total Sale of Cost | 83.84 |  | 83.84 |
| Total |  |  | 1,775.65 |
| Premium (if any) Paid | 1,400.00 |  |  |

Said sale is subject to redemption on repayment of the amount of sale, together with interest at the rate of 0.00 per centum per annum from the date of sale, and the costs incurred by the purchaser as defined by statute. The sale is subject to municipal charges accruing after December 31, 2020 ; municipal authority charges accruing after December 31, 2020 and assessment installments not yet due, amounting to 0.00 dollars and interest thereon.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 18th day of December, 2020 .

STATE OF NEW JERSEY
COUNTY OF : ATLANTIC

*[signature]*
FLOR M ROMAN, COLLECTOR OF TAXES

BE IT REMEMBERED, that on this 18th day of December 2020 before me a Notary Public of New Jersey, personally appeared FLOR M ROMAN, the Collector of Taxes of the taxing district of CITY OF PLEASANTVILLE in the County of ATLANTIC who, I am satisfied, is the individual described herein, and who executed the above Certificate of Sale; and I having made known to him the contents thereof, he thereupon acknowledged to me that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

Prepared By: *[signature]* FLOR M ROMAN , PREPARER   *[signature]* NAEMI LUGO -COMM EXP 11-4-21 , NOTARY PUBLIC

NOTE: NJSA 46:15-3 requires that all signatures appearing on the certificate, those of the collector, the Notary Public who takes this acknowledgement, and the preparer shall be printed, typed or stamped underneath such signature the name of the person that signed.

DLGS Rev. 10/99

## AUTHORIZATION FOR CANCELLATION OF RECORD BY MUNICIPALITY

The within certificate has been duly paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record.

_____
Name of Municipality

BY: _____  ATTEST: _____

(NJSA 46:18-6 & 54: 5-55)

_____         _____
Mayor                            Municipal Clerk

Seal of Municipality to be affixed

---

**Tax Sale Certificate**

No. _____

Collector of Taxes

Municipality of _____

To _____

County, New Jersey

Entered _____
Compared _____
Checked _____

Received in the Register Office of the County of _____ New Jersey

on the _____ day of _____ A.D. 20 _____, at _____ o'clock in the _____ noon and for said County on Pages _____ Recorded in Book _____

---

## AUTHORIZATION FOR CANCELLATION OF RECORD BY A PRIVATE CORPORATION

The within certificate has been duly paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record.

_____
Name of Corporation

BY: _____  ATTEST: _____
      President                                Secretary

Corporate Seal to be affixed

## AUTHORIZATION FOR CANCELLATION OF RECORD BY AN INDIVIDIUAL

The within certificate has been duly paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record.
The above signature is certified to as genuine.

_____         _____
A Notary Public of New Jersey    Signature of Holder of Certificate

Book14954   CFN#2021011874                                    Page 3 of 3