PELLEGRINO & FELDSTEIN, L.L.C.
Deborah T. Feldstein--030521994
290 Route 46 West
Denville, NJ 07834
(973) 586-2300
CAP File No. 29886-23
Attorneys for Plaintiff(s)

| | |
|---|---|
| FIG CUST FIGNJ19LLC & SEC PTY<br>Plaintiff<br><br>vs.<br><br>EQUITY TRUST COMPANY CUSTODIAN FBO SARA GINDI, IRA; EQUITY ONE, INC.; THE APPROVED REALTY GROUP LLC; JOHN DOE, SAID NAME BEING FICTITIOUS; JANE DOE, SAID NAME BEING FICTITIOUS; STATE OF NEW JERSEY<br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br><br>ATLANTIC COUNTY<br><br>DOCKET NO.<br><br>CIVIL ACTION<br>FORECLOSURE COMPLAINT |

FIG CUST FIGNJ19LLC & SEC PTY, complaining of the Defendant(s) says:

### FIRST COUNT

1. Title of record to the premises became vested in Equity Trust Company Custodian FBO Sara Gindi, IRA, by Deed from Keystone Servicing Company LLC, dated March 31, 2020, and recorded in the ATLANTIC County Clerk's/Register's Office on May 22, 2020, in Deed Book 14797, as Instrument#2020027575.

2. The premises in question for this Count are known as LOT 2 C0002 BLOCK 99 on the Tax Map of PLEASANTVILLE, County of ATLANTIC, State of New Jersey.

3. Taxes were assessed against the premises described in Paragraph 2 herein in the name of

EQUITY TRUST CO & SARA GINDI IRA for the year(s) 2020, and the said taxes not having been paid, on 12/18/2020, sale of the lands for delinquent taxes, water and/or sewer charges in the amount of $1620.46 was made by FLOR M ROMAN, Tax Collector of PLEASANTVILLE, under and by virtue of the provisions of statutes in such case made and provided of the State of New Jersey, which said sale was conducted in all things according to the provisions of such act.

4. At the said sale, the lands and premises described in Paragraph 2 herein were struck off and sold to FIG CUST FIGNJ19LLC & SEC PTY, subject to redemption with interest at 0 % for the sum of $ 1775.65, which certificate of sale was in the form prescribed by statute of the State of New Jersey. The current amount due must be obtained from the Tax Collector's Office. Said Tax Sale Certificate dated 12/18/2020 was recorded in the Clerk's/Register's Office of ATLANTIC County on 2/26/2021, Mortgage Book 14954 at Page INSTRUMENT#2021011874.

5. All subsequent municipal liens which have been assessed against the premises described in Paragraph 2 herein by the municipality of PLEASANTVILLE have been paid prior to the commencement of this action.

6. More than two years have elapsed since said sale without redemption and the plaintiff is the holder of said tax sale certificate, and taxes and assessments have been accrued and are owing to the plaintiff since the date of said sale.

7. On 5/24/2023, the plaintiff served written notice, by certified mail with postage prepaid thereon, of plaintiff's intention to file the within complaint, which notice included the amount due on the tax lien or liens to be foreclosed herein as of the date of the notice, to

the last known addresses of all parties entitled to redeem in accordance with N.J.S.A. 54:5-97.1 and 54:5-54, as amended, and on the same date also filed such notice with the municipal tax collector's office.

8. Any interest or lien which any of the defendants herein has or claims to have in or upon the said premises described in Paragraph 2 herein or some part thereof, is subject to the lien of the Plaintiff's tax sale certificate.

9. There is now due on said tax sale certificate #20-00132 which is described in paragraphs 3 and 4 herein, a sum which includes the original amount due for unpaid taxes and costs, plus subsequent taxes paid thereon with statutory interest due to the Plaintiff. The current amount due must be obtained from the Tax Collector's Office. In addition, the tax collector will add any additional interest, additional taxes and/or penalties that may become due and owing as of the date that redemption occurs.

10. Schedule A attached hereto is made part hereof and the paragraph therein are incorporated herein in their entirety.

**WHEREFORE**, Plaintiff demands Judgment:

(a) Fixing the amount due on said Tax Sale Certificate;

(b) Barring and foreclosing the defendants of all equity of redemption in and to the lands and premises described in Paragraph 2 above;

(c) Directing that the Plaintiff be paid the amount due on said tax sale certificate together with interest and costs by a day to be appointed by this Honorable Court for the purposes, or in default thereof, that the said defendants and all persons claiming by, through or under them may be debarred and foreclosed of and from all equity and right of redemption on or to the premises described in Paragraph 2 herein.

(d) Directing that the Plaintiff be vested with an absolute and indefeasible estate of inheritance in fee simple in and to the lands described in Paragraph 2 herein.

## SECOND COUNT

1.  By virtue of the entry of judgment in Count 1, Plaintiff is entitled to possession of premises located in PLEASANTVILLE, County of ATLANTIC, and State of New Jersey, more particularly described in Paragraph 2 of the First Count. Said claims are joined in one action pursuant to R.4:27-2.

2.  Defendants have at all times since that date deprived the plaintiff of possession of said premises.

**WHEREFORE**, Plaintiff, or its assigns, demands Judgment:

(a) That the said defendants and all persons claiming by, through, or under them be directed to deliver up to the plaintiff the possession of the said lands and premises, together with all deeds, papers, and writings in their custody and power relating to or concerning the said lands and premises or any part thereof;

(b) For costs.

PELLEGRINO & FELDSTEIN, LLC
Attorneys for Plaintiff

By: S/Deborah T. Feldstein
Deborah T. Feldstein, Esq.

DATED: June 24, 2023

## CERTIFICATION

The undersigned hereby certifies that the within matter in controversy is not the subject of any other action pending in any other court or of a pending arbitration proceeding. There are no other known parties who should be joined in this action at this time.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

                PELLEGRINO & FELDSTEIN, LLC
                Attorneys for Plaintiff

                By: S/Deborah T. Feldstein
                    Deborah T. Feldstein, Esq.

DATED: June 24, 2023

## CERTIFICATION

The undersigned hereby certifies that this firm has obtained and reviewed a 60 year title search related to the subject premises pursuant to R4:64-1(a).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

PELLEGRINO & FELDSTEIN, LLC<br>
Attorneys for Plaintiff<br>
<br>
By: S/Deborah T. Feldstein<br>
Deborah T. Feldstein, Esq,

DATED: June 24, 2023

## RULE 1:4-8(a) CERTIFICATION

I am the attorney for the plaintiff and hereby certify that the complaint and all documents annexed thereto comport with the requirements of Rule 1:4-8(a).

PELLEGRINO & FELDSTEIN, LLC<br>
Attorneys for Plaintiff<br>
<br>
By: S/Deborah T. Feldstein<br>
Deborah T. Feldstein, Esq,

DATED: June 24, 2023

## SCHEDULE A

A.) On August 2, 1996, John H. Butler and Odellrie R. Butler, executed a mortgage to Equity One, Inc. in the amount of $31,500.00, which mortgage was recorded on August 9, 1996 in the ATLANTIC County Clerk's/Register's Office in Mortgage Book 5972 at page 20. Said mortgage is subordinate to the Plaintiff's lien.

B.) On January 31, 2019, The Approved Realty Group LLC, recorded a Tax Sale Certificate bearing No. 18-00167 against Butler, Odellrie R (Est), for a debt of $702.25, sold on December 28, 2018 for unpaid taxes/utility charges for the year(s) 2018 recorded in the ATLANTIC County Clerk's/Register's Office in Mortgage Book 14553 as Instrument#2019005024, dated December 28, 2018. Said lien is subordinate to the Tax Sale Certificate being foreclosed herewith.

C.) John Doe and Jane Doe, said names being fictitious, tenants, are made party defendants to this action for any leasehold, possessory or other interest they may have in to or against the subject premises by virtue of their occupancy except to the extent that said interest is protected by the Anti-Eviction Act.

D.) The State of New Jersey is hereby joined as a party defendant for any corporate franchise taxes due pertaining to Equity Trust Company.

# Foreclosure Case Information Statement

**Case Details: ATLANTIC | General Equity Docket # 007817-23**

| | |
|---|---|
| **Case Caption:** FIG CUST FIGNJ19LLC VS EQUITY TRUST COMPANY CUS | **Case Type:** IN PERSONAM TAX FORECLOSURE |
| **Case Initiation date:** 06/27/2023 | **Document Type:** Complaint |

### Plaintiff(s) (1)

**Name:** FIG CUST FIGNJ19LLC & SEC PTY  **Party Type:** Business
**Address Line 1:** C/O PELLEGRINO & FELDSTEIN  **Corporation Type:**
**Address Line 2:** 290 ROUTE 46 WEST
**City:** DENVILLE  **State:** NJ  **Zip:** 07834  **Phone:** 9735862300
**Attorney Name:** DEBORAH T FELDSTEIN  **Email Address:** STEVENE@CAPLAW.NET

### Defendant(s) (6)

**Name:**  **Party Type:** Fictitious
**Address Line 1:**  **Corporation Type:**
**Address Line 2:**
**City:**  **State:** NJ  **Zip:**  **Phone:**
**Attorney Name:**  **Email Address:**

---

**Name:**  **Party Type:** Fictitious
**Address Line 1:**  **Corporation Type:**
**Address Line 2:**
**City:**  **State:** NJ  **Zip:**  **Phone:**
**Attorney Name:**  **Email Address:**

---

**Name:**  **Party Type:** Fictitious
**Address Line 1:**  **Corporation Type:**
**Address Line 2:**
**City:**  **State:** NJ  **Zip:**  **Phone:**
**Attorney Name:**  **Email Address:**

| | |
|---|---|
| **Name:** | **Party Type:** Fictitious |
| **Address Line 1:** | **Corporation Type:** |
| **Address Line 2:** | |
| **City:** | **State:** NJ   **Zip:**   **Phone:** |
| **Attorney Name:** | **Email Address:** |

| | |
|---|---|
| **Name:** | **Party Type:** Fictitious |
| **Address Line 1:** | **Corporation Type:** |
| **Address Line 2:** | |
| **City:** | **State:** NJ   **Zip:**   **Phone:** |
| **Attorney Name:** | **Email Address:** |

| | |
|---|---|
| **Name:** | **Party Type:** Fictitious |
| **Address Line 1:** | **Corporation Type:** |
| **Address Line 2:** | |
| **City:** | **State:** NJ   **Zip:**   **Phone:** |
| **Attorney Name:** | **Email Address:** |

**Property(s)** (1)

**Property Address:** 306 W WASHINGTON AVE (R)   **County:** ATLANTIC
**Municipality:** PLEASANTVILLE CITY   **Block:** 99   **Lot:** 2C0002
**Zip:** 08232

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

06/27/2023   /s/ DEBORAH T FELDSTEIN
Dated   Signed

| | | |
|---|---|---|
| ATLANTIC COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division, Direct Filing<br>1201 Bacharach Blvd., First Fl.<br>Atlantic City, NJ 08401<br>LAWYER REFERRAL - LEGAL SERVICES<br>(609)345-3444 - (609)348-4200 | CUMBERLAND COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>60 West Broad Street, PO Box 10<br>Bridgeton, NJ 08302<br>LEGAL REFERRAL - LEGAL SERVICES<br>(856) 969-5550 - (856) 691-0494 | MERCER COUNTY:<br>Deputy Clerk of the Superior Court<br>Local Filing Office, Courthouse<br>175 S Broad Street, PO Box 8068<br>Trenton, NJ 08650<br>LAWYER REFERRAL - LEGAL SERVICES<br>(609) 585-6200 - (609) 695-6249 |
| BERGEN COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division, Room 115<br>Justice Center, 10 Main Street<br>LAWYER REFERRAL - LEGAL SERVICES<br>(201) 488-0044 - (201) 487-2166 | ESSEX COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Customer Service<br>Hall of Records, Room 201<br>465 Martin Luther King Jr. Blvd.<br>Newark, NJ 07102<br>LAWYER REFERRAL - LEGAL SERVICES<br>(973) 622-6204 - (973) 624-4500 | MIDDLESEX COUNTY:<br>Deputy Clerk of the Superior Court<br>Middlesex Vicinage<br>2nd Floor - Tower<br>56 Paterson Street, PO Box 2633<br>New Brunswick, NJ 08903-2633<br>LAWYER REFERRAL - LEGAL SERVICES<br>(732) 828-0053 - (856) 249-7600 |
| BURLINGTON COUNTY:<br>Deputy Clerk of the Superior Court<br>Central Processing Office<br>Attn: Judicial Intake<br>First Fl., Courts Facility<br>49 Rancocas Rd,<br>Mt. Holly, NJ 08060<br>LAWYER REFERRAL - LEGAL SERVICES<br>(609) 261-4862 - (800) 496-4570 | GLOUCESTER COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Attn: Intake<br>First Fl., Court House<br>1 North Broad Street<br>Woodbury, NJ 08096<br>LAWYER REFERRAL - LEGAL SERVICES<br>(856) 848-4589 - (856) 848-5360 | MONMOUTH COUNTY:<br>Deputy Clerk of the Superior Court<br>Court House<br>PO Box 1269<br>Freehold, NJ 07728<br>LAWYER REFERRAL - LEGAL SERVICES<br>(732) 431-5544 - (732) 249-7600 |
| CAMDEN COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Processing Office<br>Hall of Justice<br>1st Fl., Suite 150<br>101 South 5th Street<br>Camden, NJ 08103<br>LAWYER REFERRAL - LEGAL SERVICES<br>(856) 964-4520 - (856) 964-2010 | HUDSON COUNTY:<br>Deputy Clerk of the Superior Court<br>Superior Court, Civil Records Dept.<br>Brennan Court House–1st Floor<br>583 Newark Ave.<br>Jersey City, NJ 07306<br>LAWYER REFERRAL - LEGAL SERVICES<br>(201) 798-2727 - (201) 792-6363 | MORRIS COUNTY:<br>Clerk of the Superior Court<br>Civil Division<br>Washington and Court Streets<br>PO Box 910<br>Morristown, NJ 07963-0910<br>LAWYER REFERRAL - LEGAL SERVICES<br>(973) 267-5882 - (973)285-6911 |
| CAPE MAY COUNTY:<br>Deputy Clerk of the Superior Court<br>9 N. Main Street<br>Cape May Court House, NJ 08210<br>LAWYER REFERRAL - LEGAL SERVICES<br>(609) 463-0313 - (609) 465-3001 | HUNTERDON COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08822<br>LAWYER REFERRAL - LEGAL SERVICES<br>(908) 735-2611 - (908) 782-7979 | OCEAN COUNTY:<br>Deputy Clerk of the Superior Court<br>118 Washington Street, Room 121<br>PO Box 2191<br>Toms River, NJ 08754-2191<br>LAWYER REFERRAL - LEGAL SERVICES |
| PASSAIC COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>Court House<br>77 Hamilton Street<br>Paterson, NJ 07505<br>LAWYER REFERRAL - LEGAL SERVICES<br>(973) 278-9223 - (973) 523-2900 | SOMERSET COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>PO Box 3000<br>40 North Bridge Street<br>Somerville, NJ 08876<br>LAWYER REFERRAL - LEGAL SERVICES<br>(908) 685-2323 - (908) 231-0840 | UNION COUNTY:<br>Deputy Clerk of the Superior Court<br>1st Fl., Court House<br>2 Broad Street<br>Elizabeth, NJ 07207-6073<br>LAWYER REFERRAL - LEGAL SERVICES<br>(908) 353-4715 - (908) 354-4340 |
| SALEM COUNTY:<br>Deputy Clerk of the Superior Court<br>Attn: Civil Case Management Office<br>92 Market Street<br>Salem, NJ 08079<br>LAWYER REFERRAL - LEGAL SERVICES<br>(856) 935-5629 - (856) 451-0003 | SUSSEX COUNTY:<br>Deputy Clerk of the Superior Court<br>Sussex County Judicial Center<br>43-47 High Street<br>Newton, NJ 07860<br>LAWYER REFERRAL - LEGAL SERVICES<br>(973) 267-5882 - (973) 383-7400 | WARREN COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>Court House<br>413 Second Street<br>Belvidere, NJ 07823-1500<br>LAWYER REFERRAL - LEGAL SERVICES<br>(973) 267-5882 - (908) 475-2010 |