PELLEGRINO & FELDSTEIN, L.L.C.

DEBORAH FELDSTEIN 030521994

290 Route 46 West

Denville, NJ 07834

973-586-2300

CAP File No. 29886-23

ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| FIG CUST FIGNJ19LLC & SEC PTY<br><br>Plaintiff<br><br>vs.<br><br><br>EQUITY TRUST COMPANY CUSTODIAN FBO SARA GINDI, IRA; THE APPROVED REALTY GROUP LLC; STATE OF NEW JERSEY;<br><br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>ATLANTIC COUNTY<br><br><br>DOCKET NO. F-007817-23<br><br>JUDGMENT |

This matter being opened to the Court by PELLEGRINO & FELDSTEIN, LLC, Attorneys for the Plaintiff and it appearing that the summons and complaint has been duly issued and returned served on all Defendants and default having been entered against all Defendants; <u>EQUITY TRUST COMPANY CUSTODIAN FBO SARA GINDI, IRA; THE APPROVED REALTY GROUP LLC; STATE OF NEW JERSEY;</u> and the Plaintiff's Tax Sale Certificate # 20-00132 having been presented and marked as Exhibits by the Court; ; all of whom have filed answers which do not dispute the priority of the Plaintiff's Lien;

And it appearing from the Affidavits filed herein that there is due to the Plaintiff the sum of $ on its Tax Sale Certificate described in the Complaint; and sufficient cause appearing;

It is, on this __28th__ day of __March__, 20__25__

Case 25-14921-ABA    Doc 6-4    Filed 05/27/25    Entered 05/27/25 13:31:15    Desc
Exhibit C    Page 3 of 4

SWC-F-007817-23    03/28/2025    Pg 3 of 4    Trans ID: CHC2025103258
SWC-F-007817-23    02/27/2025 1:40:03 PM    Pg 3 of 4    Trans ID: CHC202567791

ORDERED AND ADJUDGED that the Plaintiff is entitled to have the sum of $1,811.16 together with lawful interest thereon to be computed from February 28, 2025 together with costs of this suit to be taxed, and a counsel fee of $ 2500.00 included therein raised and paid out of the premises described in the Complaint;

ALL THAT CERTAIN tract or parcel of land and premises, situate in PLEASANTVILLE County of ATLANTIC, and State of New Jersey, as follows:

BEING LOT 2 C0002 BLOCK 99 on the Tax Map of PLEASANTVILLE.

COMMONLY known as 306 W WASHINGTON AVE (R), PLEASANTVILLE, New Jersey; and it is further

And it is further ORDERED AND ADJUDGED that the premises be duly sold to raise and satisfy, in the first place to the Plaintiff, FIG CUST FIGNJ19LLC & SEC PTY the sum of $1,811.16 together with lawful interest to be computed from February 28, 2025, together with costs to suit to be taxed, with lawful interest thereon, and that an execution for those purposes duly issue out of this court directed to the Sheriff of ATLANTIC County, commanding him to make sale according to law of so much of the premises described in the complaint, and out of the monies arising from such sale, that he pay, in the first place, to the Plaintiff FIG CUST FIGNJ19LLC & SEC PTY, (except the question of priority between Plaintiff and United States of America as to late charges and any interest on advances shall await surplus money proceedings, if any) its said debt with lawful interest thereon as aforesaid, and its costs with the interest thereon as aforesaid: and in case more money shall be realized by the said sale than shall be sufficient to answer such several payments, that such surplus money be brought into this

Court to abide the further order of this Court, and that the sheriff make his report of sale without delay as required by the rules of this Court:

And it is further ORDERED AND ADJUDGED that the Plaintiff or the purchaser at the Sheriff's Sale herein, duly recover against the said Defendant(s) <u>EQUITY TRUST COMPANY CUSTODIAN FBO SARA GINDI, IRA; THE APPROVED REALTY GROUP LLC; STATE OF NEW JERSEY;</u>  or anyone holding under them possession of the premises mentioned and described in the said Complaint with the appurtenances and that a Writ of Possession issue thereon.

And it is further ORDERED AND ADJUDGED that all of the Defendants to this action and each of them stand absolutely debarred and foreclosed of and from all equity of redemption of, in and to so much of the said premises as shall be sold as aforesaid under this Judgment except as provided under 28 U.S.C Section 2410.

However no possession is hereby awarded against any tenant protected by the provisions of the New Jersey Tenant Anti-Eviction Statute (N.J.S.A. 2A:18-61.1 et seq.) and no Writ of Possession shall issue against said tenants.

_____
HON                    , PJ CH.