UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
LARRY AND RAZY KATZ AND MARTIN AND TZIPO WESEL

Order Filed on June 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EQUITY TRUST CO

Case No.: 25-14921/ABA

Chapter 7 (Involuntary)

Hearing Date: June 10, 2025 at 10:00am

Judge: Andrew B. Altenburg, Jr.

## ORDER VACATING AUTOMATIC STAY AND TO DISMISS CASE

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 10, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Larry and Razy Katz and Martin and Tzipora Wesel, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property and for dismissal of the case; and as set forth on the record, and for good cause shown **IT IS ORDERED** as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **111 N Second St, Pleasantville, New Jersey, Block 120, Lot 17 (the "Property").**

2. The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The within bankruptcy case shall be and hereby is **DISMISSED.**

4. The 14 day stay of this Order is hereby waived pursuant to D.N.J. LBR 9013-1(b).

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14921-ABA |
| Equity Trust Co | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 11, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Equity Trust Co, 111 North Second St, Pleasantville, NJ 08232-2425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deborah T. Feldstein | on behalf of Creditor FIG Cust FIG NJ19 LLC & SEC PTY dfeldstein@caplaw.net |
| Gary C. Zeitz | on behalf of Creditor Martin and Tzipo Wesel gzeitz@zeitzlawfirm.com  rzeitz@zeitzlawfirm.com;brittner@zeitzlawfirm.com |
| Gary C. Zeitz | on behalf of Creditor Larry and Razy Katz gzeitz@zeitzlawfirm.com  rzeitz@zeitzlawfirm.com;brittner@zeitzlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4